UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| | : | CRIMINAL NO: 3:03CR198(RNC) |
| STEVEN FONTANEZ | : | |
| Defendant | : | DECEMBER 13, 2004 |

## MOTION TO SEAL

The defendant respectfully requests that the accompanying Motion to Continue time for filing objections and to continue sentencing be sealed as to all co-defendants, as said motion contains confidential information pertaining to the defendant's case.

Respectfully submitted,

THE DEFENDANT,
STEVEN FONTANEZ

By
Auden Grogins
400 Stillson Road
Fairfield, CT 06824
Telephone: (203) 335-2112
Fax No: (203) 335-7214
Fed. Bar No: CT07570

December 28, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.