FILED
2005 MAR 29 P 12: 11
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| VS. | : | CRIMINAL NO: 3:03CR198(RNC) |
| STEVEN FONTANEZ | : | |
| Defendant | : | MARCH 25, 2005 |

## MOTION TO SEAL

The defendant respectfully requests that the accompanying Defendant's Memorandum in Aid of Sentencing be sealed as to all co-defendants, as said motion contains confidential information pertaining to the defendant's case.

Respectfully submitted,

THE DEFENDANT,
STEVEN FONTANEZ

By 
Auden Grogins
400 Stillson Road
Fairfield, CT 06824
Telephone: (203) 335-2112
Fax No: (203) 335-7214
Fed. Bar No: CT07570

March 29, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.