UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| VS. | : | CRIMINAL NO: 3:03CR198(RNC) |
| STEVEN FONTANEZ | : | |
| Defendant | : | MAY 16, 2005 |

## MOTION TO RETURN SEALED DOCUMENTS

The above named defendant, hereby respectfully requests this honorable court to return his original sealed Memorandums in Aid of Sentencing dated March 25, 2005 and filed by the clerk, which were submitted under seal in support of his sentencing hearing on April 4, 2005.

The defendant's sentencing was concluded on April 4, 2005. The defendant submits that these documents may become unsealed when the clerk sends them to be archived. Thus the defendant respectfully requests that these documents be returned to his attorney, as they contain highly confidential information that should not be unsealed and become open to the public.

For the above reasons, the defendant requests that said documents be returned to his counsel.

Respectfully submitted,

THE DEFENDANT, STEVEN FONTANEZ

By_____
Auden Grogins
400 Stillson Road
Fairfield, CT 06824
Tel: (203) 335-2112 Fax: (203) 335-7214
Fed. Bar No: CT07570

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, this 6th day of May, 2005 to:

Assistant U.S. Attorney Gordon Hall
U.S. Attorney's Office
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT 06510

_____
Auden Grogins

United States District Court
1-860-240-3200
Clerks Office
450 Main Street
Hartford CT 06103