939



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 MAY 17 P 2: 13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| VS. | : | CRIMINAL NO: 3:03CR198(RNC) |
| STEVEN FONTANEZ | : | |
| Defendant | : | MAY 16, 2005 |

## MOTION TO RETURN SEALED DOCUMENTS

The above named defendant, hereby respectfully requests this honorable court to return his original sealed Memorandums in Aid of Sentencing dated March 25, 2005 and filed by the clerk, which were submitted under seal in support of his sentencing hearing on April 4, 2005.

The defendant's sentencing was concluded on April 4, 2005. The defendant submits that these documents may become unsealed when the clerk sends them to be archived. Thus the defendant respectfully requests that these documents be returned to his attorney, as they contain highly confidential information that should not be unsealed and become open to the public.

For the above reasons, the defendant requests that said documents be returned to his counsel.

Respectfully submitted,
THE DEFENDANT, STEVEN FONTANEZ

---

May 18, 2005.   USA v. Steven Fontanez
                3:03CR198 (RNC)

Re: Motion to Return Sealed Documents [doc. 939]

Granted. The Clerk is directed to return defendant's sealed memorandums in aid of sentencing. So ordered.

Robert N. Chatigny, U.S.D.J.