


2005 MAY 23  A 10: 11

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CRIMINAL NO. 3:03CR00198(RNC) |
| STEVEN FONTANEZ | : | APRIL 12, 2005 |

### MOTION TO SEAL

The defendant respectfully requests that the accompanying Exparte Memorandum In Support of CJA Payments in Excess of Statutory Amount be sealed as to all co-defendants, as said motion contains confidential information pertaining to the defendant's case.

Respectfully submitted,

THE DEFENDANT,
STEVEN FONTANEZ

By _____
Auden Grogins
400 Stillson Road
Fairfield, CT 06824
Telephone: (203) 335-2112
Fax No: (203) 335-7214
Fed. Bar No: CT07570

FILED

2005 JUN 14  A 10: 56

**(PROPOSED) ORDER**

The motion set forth above having been duly considered, it is hereby

GRANTED / ~~DENIED~~

_____
HONORABLE ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE

## CERTIFICATION

This is to certify that because the accompanying motion has been filed under seal and contains confidential information, this motion has only been served on Assistant U.S. Attorney, Gordon Hall, U.S. Attorney's Office, 157 Church St., 23rd Floor, P.O. Box 1824, New Haven, CT 06510. This motion has not been served on any of the co-defendant's attorneys for the reasons listed above.

_____
Auden Grogins